UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

BEVERLY WILLIAMS,

        Defendant.

- - - - - - - - - - - - - - - - - - -x

**07 CRIM.   257**

INDICTMENT

07 Cr.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
APR 0 4 2007

JUDGE SCHEINDLIN

COUNT ONE

The Grand Jury charges:

1. From in or about February 1999, through in or about June 2005, in the Southern District of New York and elsewhere, BEVERLY WILLIAMS, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development, and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, WILLIAMS received approximately $43,594.64 in federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BEVERLY WILLIAMS,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

4/4/07  Indictment filed under seal