

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     -v-

BEVERLY WILLIAMS,

          Defendant.

- - - - - - - - - - - - - - - - - - - - X

**ORDER**
07 Cr. 257

     Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Jenna M. Dabbs;

     It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

     ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       May 4, 2007

                                               UNITED STATE MAGISTRATE JUDGE

                                                      THEODORE H. KATZ
                                         UNITED STATES    MAGISTRATE JUDGE
                                         SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/07