

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 23, 2007

BY FACSIMILE

The Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007
Fax: (212) 805-7920

    Re:    United States v. Beverly Williams,
            07 Cr. 257 (SAS)

Dear Judge Scheindlin:

    The defendant in the above-referenced matter reported to the Southern District of New York on May 18, 2007, pursuant to the order of a Magistrate Judge located in the Northern District of Georgia where the defendant was first arrested on May 4, 2007. On May 18, the defendant was presented and arraigned before Magistrate Judge Pitman. Also on May 18, the Government produced discovery to counsel for the defendant, Roland Thau, Esq. The Government respectfully requests that time be excluded, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), until the initial conference, currently scheduled for Wednesday, June 13, 2007, at 3:30 p.m. Such an exclusion will serve the ends of justice and outweighs the interests of the defendant and the public in a speedy trial because, among other reasons, it will enable the defense to review discovery materials produced by the Government and to contemplate any motions, and the parties to discuss a possible disposition of this matter.

                      Respectfully submitted,

                      MICHAEL J. GARCIA
                      United States Attorney
                      Southern District of New York

                      By:    _____
                      Jenna M. Dabbs
                      Assistant United States Attorney
                      (212) 637-2212

cc:    Roland Thau, Esq. (by facsimile)

*[Handwritten annotation:] Request granted. Time is excluded for purposes of the Speedy Trial Act until June 13, 2007. SO ORDERED. Dated: May 23, 2007. Shira A. Scheindlin, U.S.D.J.*

*[Stamp:] RECEIVED CHAMBERS OF MAY 23 2007 JUDGE SCHEINDLIN*

*[Stamp:] USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/23/07*