# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director
By fax 212 805-7920

May 17, 2007

Southern District of New York
John J. Byrnes
Attorney-in-Charge

Honorable Shira A. Scheindlin,
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/07

Re: **United States v. Beverly Williams**
07 Cr. 257(SAS)

Your Honor:

We have been informed by your chambers that you have referred Ms. Williams' arraignment to a United States Magistrate Judge. Accordingly, we have arranged that this take place May 18, 2007.

On the government's consent (by Jenna Minicucci Dabbs, Esq., AUSA, Tel.: 212 637-2212) and our client's waiver, we respectfully request that Ms. Williams be excused from the first post-arraignment conference to be scheduled by Your Honor because our client lives in Marietta Georgia and would find it costly and time-consuming to appear at the first pretrial conference since that proceeding would involve only the scheduling of discovery and possible motions rather than deal with substantive or dispositive issues and Miss Williams is neither a danger to the community nor a flight risk. She is 56 years old, has no prior criminal record and was released on a $20,000 personal recognizance bond in a Georgia Federal District Court and she will be making her arraignment appearance tomorrow, as indicated above.

Respectfully,

Roland Thau
Staff Attorney
Tel.: 212 417-8733

cc: Jenna Minicucci Dabbs, Esq., AUSA
By fax 637-2937

*[Handwritten annotation: Request granted. Defendant does not have to be present at her first post-arraignment conference.]*

*[Handwritten: So Ordered, [signature] USDJ 5/17/07]*

TOTAL P.003