# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

August 22, 2007

By fax 212 805-7920

Honorable Shira A. Scheindlin,
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07

Re:  United States v. Beverly Williams
     07 Cr. 257(SAS)

Your Honor:

On the government's consent (by Jenna Minicucci Dabbs, Esq., AUSA, Tel.: 212 637-2212) we respectfully request that the conference scheduled to be held August 23, 2007, be adjourned to no sooner than September 6th, 2007, as supplementary discovery was delivered to us by the government August 17 when I was still on vacation and it needs to be furnished to and discussed with Ms. Williams who lives in Georgia.

If Your Honor grants this application, Ms. Williams consents to the further exclusion of speedy trial time until the adjourned date to be set by you.

Respectfully

Roland Thau
Staff Attorney
Tel.: 212 417-8733

cc: Jenna Minicucci Dabbs, Esq., AUSA
    By fax 637-2937

*Request granted. Conference adjourned to September 10, 2007 at 4:30. Time excluded. So Ordered.*