```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :
                                    :
Beverly Williams                    :
                                    :
                                    :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07

ORDER

07 CR 257
Docket #

Scheindlin, DISTRICT JUDGE:
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, Patrick Joyce is hereby ordered to assume representation of the defendant in the above captioned matter.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       Sept. 28, 2007