10/29/07

# PATRICK J. JOYCE, ESQ.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
20 Northfield Avenue
West Orange, NJ 07052
(973) 324-2711

October 26, 2007

<u>Via Facsimile: (212) 805-7920</u>

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
CHAMBERS OF
OCT 26 2007
JUDGE SCHEINDLIN

    Re:    <u>USA v. Beverly Williams</u>,
           07 Cr. 257 (SAS)

Your Honor,

    I am the CJA attorney assigned to represent Beverly Williams. The above-referenced matter is scheduled for a conference on October 30, 2007; I hereby request a one-month adjournment with consent of AUSA Jenna Minicucci Dobbs. I request this adjournment so that I can complete the review of discovery and enter into plea negotiations. I respectfully request that the conference be adjourned until November 29, 2007 or any date thereafter convenient to the Court.

    Accordingly, for the reasons set forth in this letter, the parties respectfully request that the Court order that the time be excluded under the Speedy Trial Act. See 18 U.S.C. §3161(h)(8)(a) and (h)(b)(iv).

Respectfully submitted,

Patrick Joyce
Patrick Joyce

cc:    AUSA Jenna Minicucci Dobbs

---

*Handwritten order:*

Defendant's request is granted. The conference previously scheduled for Oct. 30, 2007 is adjourned to Nov. 29, 2007, at 4:00pm. Time is to be excluded for purposes of the Speedy Trial Act.

SO ORDERED:

Shira A. Scheindlin, USDJ

Date: Oct. 29, 2007