USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

# PATRICK J. JOYCE, ESQ.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
20 Northfield Avenue
West Orange, NJ 07052
(973) 324-2711

November 26, 2007

<u>Via Facsimile: (212) 805-7920</u>

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   <u>USA v. Beverly Williams</u>,
             07 Cr. 257 (SAS)

Your Honor,

    I am the CJA attorney assigned to represent Beverly Williams. The above-referenced matter is scheduled before your Honor on November 29, 2007 at 4:00 p.m. I am currently on trial in State Supreme Court, Queens County, Part K-22 on <u>People v. Saurav Tamang</u>, Ind. No. 02594/2006 and therefore cannot be present on Thursday. I would also like to further discuss the possibility of a disposition with both my client and the Government. I respectfully request that the conference be adjourned until December 15, 2007 or any date thereafter convenient to the Court.

    Accordingly, for the reasons set forth in this letter, the parties respectfully request that the Court order that the time be excluded under the Speedy Trial Act. <u>See</u> 18 U.S.C. §3161(h)(8)(a) and (h)(b)(iv).

Respectfully submitted,

Patrick Joyce

cc: AUSA Jenna Minicucci Dobbs

*[Handwritten note from judge:]* Request granted. Conference adjourned to December 17 at 3:30 and time excluded. So Ordered. [signature] USDJ 11/26/07