

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 31, 2008

**BY FACSIMILE**

The Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007
Fax: (212) 805-7920

RECEIVED
CHAMBERS OF

JAN 3 1 2008

JUDGE SCHEINDLIN

Re:    United States v. Beverly Williams
       07 Cr. 257 (SAS)

Dear Judge Scheindlin:

The defendant filed a motion to dismiss, in part, the above-referenced Indictment, on January 18, 2008. At the conference held in this matter on January 17, 2008, the Court set February 1, 2008, as the date by which the Government's opposition to the defendant's motion was to be filed. Since the January 17 conference, the parties have engaged in discussions regarding a possible disposition of this case, which disposition would render the defendant's pending motion moot. Those discussions are progressing, but the Government does not expect them to be concluded by the February 1 filing deadline. Because a disposition in this case will avoid further litigation in connection with the pending motion, the Government respectfully requests two weeks time, until February 15, 2008, by which to file its response to the defendant's motion. I have spoken with counsel for the defendant, Patrick Joyce, and he consents to this adjournment request.

*Request granted above. The Government may file until February 15 to file its response to defendant's motion.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By:    Jenna M. Dabbs
       Jenna M. Dabbs
       Assistant United States Attorney
       (212) 637-2212

cc:    Patrick J. Joyce, Esq. (by facsimile)

*So Ordered*

2/1/08